**Linda Cone SELENSKY, Plaintiff–Appellant,**

v.

**State of ALABAMA, Defendant–Appellee.**

No. 08–14095

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 1, 2009.

Linda Cone Selensky, Mobile, AL, pro se.

Before TJOFLAT, DUBINA and KRAVITCH, Circuit Judges.

PER CURIAM:

Linda Cone Selensky appeals the district court's order dismissing her *pro se* complaint for lack of subject matter jurisdiction, and, alternatively, as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). Because we find that Selensky's claims are barred by the Eleventh Amendment of the U.S. Constitution, we affirm.[1]

Selensky's present suit names the State of Alabama as the sole defendant. The Eleventh Amendment prohibits suits in federal courts against a state, except where such immunity is waived by the state or abrogated by Congress. U.S. CONST. amend. XI; *see Manders v. Lee,* 338 F.3d 1304, 1308 (11th Cir.2003). The State of Alabama has not agreed to be sued under the circumstances present here. The Alabama State Constitution provides "[t]hat the State of Alabama shall never be made a defendant in any court of law or equity." ALA. CONST. Art. I, § 14; *see also Alabama v. Pugh,* 438 U.S. 781, 782, 98 S.Ct. 3057, 57 L.Ed.2d 1114 (1978). Selensky has presented no evidence that Congress abrogated Alabama's Eleventh Amendment immunity over her present claims. Accordingly, we **AFFIRM** the district court's dismissal of this action.

---

1. We may affirm the district court's judgment on any ground that appears in the record, *see Thomas v. Cooper Lighting, Inc.,* 506 F.3d 1361, 1364 (11th Cir.2007); we note, however, that the magistrate judge recommended dismissal for the reasons later adopted by the district court as well as on grounds of Eleventh Amendment immunity.